05-19-00728-CV

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

FILED IN
6TH COURT OF APPEALS

Cause Number: CC 19 03179 F
*(The Clerk's office will fill in the Cause Number when you file this form)*

2019 JUN 20 PH 1: 29

GARY MATZ, CLERK

Plaintiff: Dallas Housing Authority
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: Katherine Mitchell

In the (check one):
☐ District Court
☑ County Court at Law
☐ Justice Court

Court Number: Dallas
County

Dallas Texas

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: Katherine Mitchell
First / Middle / Last

My date of birth is: 9/31/63
Month/Day/Year

My address is: (Home) 2425 Bickers #244
(Mailing) (same)

My phone number: 214 681-9932   My email: NA

About my dependents: "The people who depend on me financially are listed below.

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | Firess, Mitchell | 23 | dgtr |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

-or-

☑ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☑ I do not receive needs-based public benefits. - or -

☐ I receive these public benefits/government entitlements that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

☐ Food stamps/SNAP   ☐ TANF  ☐ Medicaid   ☐ CHIP   ☐ SSI  ☐ WIC   ☐ AABD
☐ Public Housing or Section 8 Housing   ☐ Low-Income Energy Assistance  ☐ Emergency Assistance
☐ Telephone Lifeline   ☐ Community Care via DADS   ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension   ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: Ground Keeper (myself)

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
Statement of Inability to Afford Payment of Court Costs



**4. What is your monthly income and income sources?**

"I get this monthly income:

$ *200* in monthly wages. I work as a _Groundkper_ for _Dallas Housing Authority_
　　　　　　　　　　　　　　　　　 Your job title　　　　　　　　　Your employer

$ _____ in monthly unemployment. I have been unemployed since (date) _____.

$ _____ in public benefits per month.

$ _____ from other people in my household each month: (List only if other members contribute to your household income.)

$ _____ from ☐ Retirement/Pension　☐ Tips, bonuses　☐ Disability　☐ Worker's Comp
　　　　　 ☐ Social Security　☐ Military Housing　☐ Dividends, interest, royalties
　　　　　 ☐ Child/spousal support
　　　　　 ☐ My spouse's income or income from another member of my household (If available)

$ _____ from other jobs/sources of income. (Describe) _____

$ *200* is my *total* monthly income.

**5. What is the value of your property?**

"My property includes:　　　　　　　Value*

Cash　　　　　　　　　　　　　　$ *no*

Bank accounts, other financial assets
　　　　　　　　　　　　　　　　$ *no*
_____　$ *no*
_____　$ *no*

Vehicles (cars, boats) (make and year)
_____　$ *no*
_____　$ *no*
_____　$ *no*

Other property (like jewelry, stocks, land, another house, etc.)
_____　$ *no*
_____　$ *no*
_____　$ *no*

*Total* value of property → $ *no*

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**6. What are your monthly expenses?**

"My monthly expenses are:　　　　Amount

Rent/house payments/maintenance　$ *0*

Food and household supplies　　　$ *192*

Utilities and telephone　　　　　$ *40*

Clothing and laundry　　　　　　$ *0*

Medical and dental expenses　　　$ *26.00 00*

Insurance (life, health, auto, etc.)　$ *no*

School and child care　　　　　　$ *no*

Transportation, auto repair, gas　$ *20*

Child / spousal support　　　　　$

Wages withheld by court order　　$ *no*

Debt payments paid to: (List)
_____　$ *no*
_____　$ *no*
_____　$ *no*

*Total* Monthly Expenses → $ *no*

**7. Are there debts or other facts explaining your financial situation?**

"My debts include: (List debt and amount owed) _____N/A_____

_____ "

(If you want the court to consider other facts such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.") **Check here if you attach another page.** ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:

☑ I cannot afford to pay court costs.

☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _Katherine Mitchell_　My date of birth is : _9 / 31 / 63_

My address is _2425 Bucker #244_
　　　　　　　 Street　　　　　　　　　City　　　State　　 Zip Code　　 Country

► _Katherine Mitchell_ signed on _6 / 20 / 19_ in _Dallas_ County, _TX_
Signature　　　　　　　　　　　Month/Day/Year　　county name　　　　　State